JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-3566 PA (AJWx) | Date | June 25, 2014 |
|---|---|---|---|
| Title | Teresa Verduzco v. City of Los Angeles, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

Proceedings:          IN CHAMBERS - ORDER

On June 23, 2014, the parties filed a Stipulation Re: Dismissal of Section 1983 Claim and Remand of Action (Docket No. 8) seeking to dismiss Plaintiff's Section 1983 Claim and remand the action back to state court for further proceedings.

Accordingly, the Court hereby remands this action to the Superior Court of the State of California for the County of Los Angeles, Central District, Case No. BC538694.

IT IS SO ORDERED.